IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PASCUAL CUAHQUENSI,<br><br>Plaintiff,<br><br>vs.<br><br>SORELLAS PIZZA & PASTA, Inc., et.al.,<br><br>Defendants. | Civil Action No.: 3:22-cv-06134-ZHQ-DEA<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

This matter in the above-captioned action having been amicable resolved by and between Plaintiff Pascual Cuahquensi, and Defendants Sorellas Pizza & Pasta, Inc. and Raffaele S. Barca, Individually, it is hereby stipulated and agreed pursuant to Fed. R. of Civ. P. 41(a), that Plaintiff's claims and Defendants' third party complaint hereby are, dismissed with prejudice and without costs or attorneys' fees against any party.

Dated: March 22, 2023

/s/ Daniel B. Tune
Daniel B. Tune, Esq.
Tune Law Group
372 Route 22 West, Suite 1B
Whitehouse Station, NJ 08889
*Attorneys for Defendants*

/s/ Andrew I. Glenn
Andrew I. Glenn, Esquire
Jaffe Glenn Law Group, P.A.
300 Carnegie Center, Suite 150
Princeton, New Jersey 08540
*Attorneys for Plaintiff*

So Ordered this 23rd day of March, 2023

_____
Hon. Zahid N. Quraishi
United States District Judge